

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Harry Dwain Novak
a/k/a Tommy Browne,

Vs. No. 11-18-00113-CR

The State of Texas,

\* From the 266th District Court
  of Erath County
  Trial Court No. CR13916.

\* April 18, 2019

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.